UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONNA CATES**　　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　**NUMBER 07-699-FJP-DLD**

**DILLARD DEPARTMENT
STORES, INC., ET AL**

## SUA SPONTE ORDER

　　The Court sua sponte raises the question of jurisdiction over the subject matter in this removed case, in connection with the amount in controversy requirement for diversity jurisdiction, and, accordingly,

　　**IT IS ORDERED** that defendant shall file a memorandum concerning subject matter jurisdiction on or before January 1, 2008, and that plaintiff shall file a memorandum concerning same on or before January 8, 2008. The parties' memoranda shall address the implications for this case of the Fifth Circuit's decision in *Simon v. Walmart*, 193 F.3d 848 ( 5th Cir. 1999).

　　Signed in Baton Rouge, Louisiana, on December 14, 2007.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**